```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 17217
   MARK DESROSIERS
   BEVERLY DESROSIERS                       CHAPTER 13

                                            JUDGE: BRUCE W BLACK
         Debtor
  SSN XXX-XX-9545     SSN XXX-XX-1142
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/27/06 and confirmed on 05/23/07.

   2.  The case was converted to Chapter 7 after confirmation, 08/22/2007.

   3.  The Debtor paid a total of $   4025.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| MB FINANCIAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7795.63 | .00 | 172.39 |
| BECKET & LEE LLP | UNSECURED | 25133.88 | .00 | 554.95 |
| CAPITAL ONE BANK | UNSECURED | 11911.05 | .00 | 114.36 |
| CAPITAL ONE BANK | UNSECURED | 6620.31 | .00 | 130.43 |
| BANK ONE/JPM CHASE | UNSECURED | 5704.41 | .00 | 123.66 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1112.23 | .00 | 24.52 |
| JP MORGAN CHASE BANK | FILED LATE | .00 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10617.17 | .00 | 229.97 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 3836.09 | .00 | 84.21 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYS F | UNSECURED | 1422.28 | .00 | 31.09 |
| LOYOLA UNIV PHYSICIANS F | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 16484.19 | .00 | 356.67 |
| BECKET & LEE LLP | UNSECURED | 42279.54 | .00 | 923.10 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 132916.78 | .00 | 132916.78 |
| PRINCIPAL PAID | .00 | .00 | 2745.35 | .00 | 2745.35 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 2745.35 | .00 | 2745.35 |

The Debtor's attorney, JOSEPH J CARDINAL          , was allowed $   1800.00 and was paid $    625.00  direct and $   1175.00  through the plan.

The Trustee received $    104.65 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE